**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 76 EM 2019

          Respondent :

        v. :

LISA ROCHE, :

          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2019, the Application for Extraordinary Relief is DENIED.